PB-20 Doe v St. Nicodemus Lutheran Church (2024 NY Slip Op 03247)

PB-20 Doe v St. Nicodemus Lutheran Church

2024 NY Slip Op 03247

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., MONTOUR, OGDEN, AND KEANE, JJ.

121 CA 22-01894

[*1]PB-20 DOE, PLAINTIFF-APPELLANT,
v
ST. NICODEMUS LUTHERAN CHURCH, DEFENDANT-RESPONDENT, UPSTATE NEW YORK SYNOD OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA, DEFENDANT-RESPONDENT-APPELLANT, AND EVANGELICAL LUTHERAN CHURCH IN AMERICA, DEFENDANT. (ACTION NO. 1.) 
PB-21 DOE, PLAINTIFF-APPELLANT,
v
ST. NICODEMUS LUTHERAN CHURCH, DEFENDANT-RESPONDENT, UPSTATE NEW YORK SYNOD OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA, DEFENDANT-RESPONDENT-APPELLANT, AND EVANGELICAL LUTHERAN CHURCH IN AMERICA, DEFENDANT. (ACTION NO. 2.) (APPEAL NO. 2.) 

PHILLIPS & PAOLICELLI, LLP, NEW YORK CITY (VICTORIA E. PHILLIPS OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
CHELUS, HERDZIK, SPEYER & MONTE, P.C., BUFFALO (RICHARD J. ZIELINSKI OF COUNSEL), FOR DEFENDANT-RESPONDENT-APPELLANT. 
BOND, SCHOENECK & KING PLLC, BUFFALO (KEVIN G. COPE OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal and cross-appeal from an order of the Supreme Court, Erie County (Deborah A. Chimes, J.), entered November 16, 2022. The order granted in part and denied in part the motion of defendant Upstate New York Synod of the Evangelical Lutheran Church in America for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously modified on the law by denying those parts of the motion of defendant Upstate New York Synod of the Evangelical Lutheran Church in America seeking summary judgment dismissing plaintiffs' first causes of action insofar as they assert claims for negligent retention, supervision, or direction and those parts seeking summary judgment dismissing plaintiffs' second causes of action insofar as they assert claims for fraudulent or negligent misrepresentation and reinstating those claims against it and as modified the order is affirmed without costs.
Same memorandum as in PB-20 Doe v St. Nicodemus Lutheran Church ([appeal No. 1] — AD3d — [June 14, 2024] [4th Dept 2024]).
Entered: June 14, 2024
Ann Dillon Flynn
Clerk of the Court